IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTTY A. WEISER                                                                    PLAINTIFF

        v.                          Civil No. 11-5261

SERGEANT GUYLL, Benton
County Detention Center                                                          DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to the terms of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

When he filed this action, Plaintiff was incarcerated in the Benton County Detention Center (BCDC). On November 18th, 2011, the Court received returned mail indicating Plaintiff was no longer at the BCDC. The Court obtained Plaintiff's current address, the Arkansas Department of Correction (ADC), Grimes Unit, and filed a change of address on his behalf (Doc. 6). Plaintiff was reminded of his obligation to keep the Court apprised of his current address. He was advised that failure to do so would result in the dismissal of his complaint.

On June 11th, mail sent to the Plaintiff at the ADC was returned as undeliverable. The Court obtained the home address Plaintiff had provided to the BCDC when he was booked in. A change of address was filed on Plaintiff's behalf (Doc. 14). Mail sent to this address was returned as undeliverable on June 15, 2012.

Plaintiff has not provided the Court with his current address. Plaintiff was informed of his obligation to keep the Court informed of his current address when he filed this case. He was reminded of the obligation when he transferred to the ADC.

-1-

AO72A
(Rev. 8/82)

The last documents filed by the Plaintiff were the complaint and the motion to proceed *in forma pauperis* (Docs. 1-2). I therefore recommend that the case be dismissed with prejudice for failure to prosecute and for failure to obey the orders of the Court. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of April 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)