```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

SCOTTY A. WEISER                                              PLAINTIFF

       v.            Civil No. 11-5261

SERGEANT GUYLL,
Benton County Detention Center                                DEFENDANT

## O R D E R

Now on this 10th day of May 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #15), filed on April 16, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that **Report and Recommendation of the Magistrate Judge** (document #15) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is hereby **dismissed with prejudice.**

IT IS SO ORDERED.

                          /s/ Jimm Larry Hendren
                          JIMM LARRY HENDREN
                          UNITED STATES DISTRICT JUDGE